# IN THE UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

IN RE:                                                CASE NO.: 08-03658-JAF

**SHERE A. ALEXIS,**

         Debtor.
_____/

## MOTION TO SET ASIDE ORDER DIRECTING EMPLOYER TO FORWARD EARNINGS OF DEBTOR, SHERE A. ALEXIS, TO CHAPTER 13 TRUSTEE

COMES NOW the Debtor, **SHERE A. ALEXIS,** and moves this Honorable Court for entry of an Order to Set Aside the Order Directing Employer To Forward Debtor's Earnings To Chapter 13 Trustee dated June 26, 2008.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing has been furnished by Electronic Mail/U.S. Mail to all parties of interest listed below this 3rd day of August 2009.

DEBTOR:          Shere Annette Alexis
                      8736 Harpers Glen Ct.
                      Jacksonville, FL 32256

TRUSTEE:        Douglas W. Neway
                      Chapter 13 Standing Trustee
                      PO Box 4308
                      Jacksonville, Florida 32201

EMPLOYER:     The CIT Group
                      1 CIT Drive
                      Livingston, New Jersey 07039
                      Attn: Payroll Administrator
                      CONFIDENTIAL

ATTORNEY FOR   Law Offices of Keith D. Collier
DEBTOR:          Keith D. Collier, Esquire
                      2350 Park Street
                      Jacksonville, FL 32204

                                                             **The Law Offices of Keith D. Collier**

                                                             /s/ Keith D. Collier, Esquire
                                                             **KEITH D. COLLIER**
                                                             Florida Bar No.: 0633771
                                                             2350 Park Street
                                                             Jacksonville, Florida 32204
                                                            (904) 981-8100/Fax: 981-8015
                                                            Attorney for Debtor